UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The Trustees of the NECA-IBEW PENSION BENEFIT TRUST FUND, et al, | ) )  ) |
| Plaintiffs, | ) |
| vs. | ) Case No.: 05-4054 JLF |
| | ) |
| HARRIS CUSTOM COMMUNICATIONS, INC. and JERRY D. HARRIS d/b/a HARRIS CUSTOM COMMUNICATIONS | ) ) ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

Before the Court is Plaintiffs' Motion for Default Judgment on the Liquidated Delinquency Amount against Defendants Harris Custom Communications, Inc. and Jerry D. Harris d/b/a Harris Custom Communications (Doc. 10). After careful consideration of the motion and the record in this case, it appearing that the Defendants, Harris Custom Communications, Inc. and Jerry D. Harris d/b/a Harris Custom Communications, have failed to plead or otherwise defend in this action, that the Clerk has previously entered a default against the Defendants on May 5, 2005, (Doc. 6), Plaintiffs' motion for default judgment, (Doc. 10), is **GRANTED**. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this Default Judgment supercedes the Court's June 6, 2005 partial default judgment against defendants, (Doc. 9).

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs have judgment against Defendants Harris Custom Communications, Inc. and Jerry D. Harris d/b/a Harris Custom Communications for a total of $11,220.59 in contributions due for February 2004 and from August 2004 through May 2005 to the Plaintiff Funds.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs have judgment against Defendants Harris Custom Communications, Inc. and Jerry D. Harris d/b/a Harris Custom

Communications for interest and liquidated damages totaling $2,874.00 due on the unpaid and delinquent contributions for February 2004 and from August 2004 to the present.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs have judgment against Defendants Harris Custom Communications, Inc. and Jerry D. Harris d/b/a Harris Custom Communications for a total of $3,579.00 in attorney's fees and costs incurred through October 28, 2005.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs have judgment against Defendants Harris Custom Communications, Inc. and Jerry D. Harris d/b/a Harris Custom Communications for any additional attorney fees and court costs Plaintiffs incur to collect these delinquent contributions.

**IT IS SO ORDERED.**
**DATED:  December 7, 2005.**

*s/ James L. Foreman*
**DISTRICT JUDGE**